UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| THOMAS R. KING | |
|---|---|
| Plaintiff, | No. C10-5568-RBL |
| v. | ORDER COMPELLING PRODUCTION OF DOCUMENTS |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

THIS MATTER having been referred to the undersigned Magistrate Judge for purposes of resolving all discovery matters (ECF No. 23) and the Court having reviewed the Defendant BNSF Railway Company's Motion to Compel Production of Documents (ECF No.16), with the supporting Declaration of Debra Dickerson (ECF No. 17), and having reviewed the affidavit of Plaintiff's counsel in response to Defendant's Motion to Compel Discovery (ECF No. 18), and Defendant's Reply (ECF No. 19), the Court ORDERS as follows:

Plaintiff will produce his financial records in response to BNSF's Request for Production No. 15 no later than 5:00 p.m. on July 29, 2011.

Failure to comply with this order could result in sanctions and/or terms as may be ordered by the Court.

Dated this 14th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1