MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THOMAS R. KING, ) | No. C10-5568 RBL |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING BNSF MOTION TO COMPEL FRCP 35 EXAMINATION |
| BNSF RAILWAY COMPANY, a Delaware Corporation, ) | |
| Defendant. ) | |

This matter came before the Court on defendant BNSF's Motion to Compel FRCP 35 Examination. The Court considered the pleadings filed in this action, defendant BNSF's Motion to Compel FRCP 35 Examination, Plaintiff's Opposition, and defendant BNSF's Reply. Based on the evidence presented,

THE COURT HEREBY ORDERS:

1. BNSF's Motion to Compel FRCP 35 Examination is granted.
2. Plaintiff is hereby ordered to appear for a FRCP 35 examination with Dr. Eugene Toomey, M.D. on August 12, 2011 at 7:00 am at the following address:

   Machaon Medical Evaluations
   801 Broadway, Suite 912
   Seattle, WA 98122

DATED this 8th day of August, 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING BNSF'S MOTION TO COMPEL
FRCP 35 EXAMINATION - 1
(Cause No. C10-5568 RBL)

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807